# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159660-1(73)

WALTER SAKOWSKI, as Conservator for
MAEGAN TURNER,
          Plaintiff,
and

RIVERVIEW MACOMB HOME &
ATTENDANT CARE, LLC,
          Intervening Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
          Defendant/Cross-Plaintiff/Cross-
          Defendant-Appellee,
and

ENTERPRISE LEASING CORPORATION OF
DETROIT, LLC, and EAN HOLDINGS, LLC,
          Defendants/Cross-Defendants-
          Appellants,
and

ESTATE OF JASON PUCKETT, by GARY
DUANE RUPP, Personal Representative,
          Defendant/Cross-Plaintiff,
and

PATSY VILLNEFF and TAMERA HARPER,
          Defendants/Cross-Defendants.

SC: 159660
COA: 339624
Wayne CC: 16-002031-NF

_____

JONTE EVERSON,
          Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
          Defendant/Third-Party Plaintiff-
          Appellee,
and

ENTERPRISE LEASING COMPANY,
          Third-Party Defendant-Appellant.

SC: 159661
COA: 339815
Washtenaw CC: 16-000359-NF

_____/

2

On order of the Chief Justice, the motion of appellants Enterprise Leasing Corporation of Detroit, LLC, EAN Holdings, LLC, and Enterprise Leasing Company to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 30, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2019



Clerk